Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50027, 01 C 50354 | **DATE** | 5/27/2003 |
| **CASE TITLE** | Jarrett vs. Roth; Jarrett v. Sterns, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  For the reasons stated on the reverse Memorandum Opinion and Order, the court adopts the Report and Recommendation of the Magistrate Judge in cases 01 C 50027 and 01 C 50354 which denies plaintiff's motion to vacate judgment and grants defendants' motion to enforce settlement in the 027 case and finds the court has no jurisdiction in the 354 case, and alternatively in that case denies plaintiff's motion to vacate judgment and grants defendants' motion to enforce settlement.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

# MEMORANDUM OPINION AND ORDER

On May 13, 2003 Magistrate Judge Mahoney entered a Report and Recommendation in cases 01 C 50027 (027 case) and 01 C 50354 (354 case) in which he recommends (1) denying plaintiff's motion to vacate judgment and granting defendants' motion to enforce settlement in the 027 case and, (2) finding the court has no jurisdiction in the 354 case, and alternatively in that case denying plaintiff's motion to vacate judgment and granting defendants' motion to enforce settlement. Plaintiff has filed a notice of appeal to the Court of Appeals in both cases rather than the review procedure before the District Court as set forth in Rule 72(b) and contained in Magistrate Judge Mahoney's order. Nevertheless, this court will treat the notice of appeal as an objection under Rule 72(b) and consolidates the cases for this order.

While these notices of appeal fail to specify the issues for review as required in Rule 72(b), the court has enough to review the orders, see Johnson v. Zema Systems Corp., 170 F.3d 734 (7th Cir. 1999), which it does de novo. In the 027 case, the Magistrate Judge's Report and Recommendation correctly states the law on enforcement of settlement agreements and makes findings on the facts. This court adopts the Report and Recommendation after a review of it and the entire case pleadings and documents. In the 354 case, the filings and law supports the Report and Recommendation that there is no jurisdiction as the plaintiff's filing of his motion is more than 30 days subsequent to a final order. In addition, even were the court to have jurisdiction, the facts also support the findings that the settlement agreement was a contract binding on the parties. Therefore, the court adopts the Report and Recommendation as to the 354 case.